IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

**FILED** 2015 JUL 16 PM 3: 43
CLERK US DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY

ERIC LAWSON, Individually and on Behalf of All
Others Similarly Situated,
                   Plaintiff,

-vs-                                            Case No. A-15-CA-360-SS

FREESCALE SEMICONDUCTOR, LTD.,
GREGORY L. SUMME, GREGG LOWE,
KRISHNAN BALASUBRAMANIAN, CHINH E.
CHU, D. MARK DURCAN, DANIEL J.
HENEGHAN, THOMAS H. LISTER, JOANNE
M. MAGUIRE, JOHN W. MARREN, JAMES A.
QUELLA, PETER SMITHAM, CLAUDIUS E.
WATTS IV, FREESCALE HOLDINGS L.P., NXP
SEMICONDUCTORS N.V., and NIMBLE
ACQUISITION LIMITED,
                   Defendants.

## ORDER

BE IT REMEMBERED on this day the Court reviewed the file in the above-styled cause, and noting the Plaintiff's Notice of Voluntary Dismissal [#13], filed July 14, 2015, and having confirmed with counsel for the defendants that no objections to Plaintiff's Notice are forthcoming, the Court now enters the following order:

IT IS ORDERED that the Clerk of Court CLOSE the above-styled and numbered cause.

SIGNED this the 16th day of July 2015.

                                                        _Sam Sparks_
                                                    SAM SPARKS
                                                    UNITED STATES DISTRICT JUDGE


360 ord close case ba.frm